UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

NATHANIEL WAUGH
    Plaintiff,

v.                                  Case No. 1:24cv221-TKW-MAF

STATE OF FLORIDA, et al.
    Defendants.
_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 5). No objections were filed.

Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that this case should dismissed under the "three strikes statute," 28 U.S.C. §1915(g). Accordingly, it is

**ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is **DISMISSED without prejudice** under 28 U.S.C. §1915(g).

3. The Clerk shall enter judgment in accordance with this Order and close the case.

**DONE AND ORDERED** this 6th day of January, 2025.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**